IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Elizabeth Panzarella | : | Civil Action |
| | : | |
| v. | : | |
| Rushmore Loan Management Services, LLC | : | No.: 20-cv-04467-PD |
| | : | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of __Phillip Robinson_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐  GRANTED.[1]

☐  DENIED.

_____, J.
The Honorable Paul A. Diamond
District Judge

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.