# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH PANZARELLA, individually & on behalf of all others similarly situated, | : : : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:20-cv-04467 |
| | : |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC | : : |
| | : |
| Defendant. | : |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File a Second Amended and Supplemental Complaint, and the response thereto, if any, the Court GRANTS the motion and directs the Plaintiff to separately file the proposed Second Amended and Supplemental Complaint within five days of entry of this Order by the Clerk.

_____

Hon. Paul Diamond
United States District Judge