# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH PANZARELLA, individually & on behalf of all others similarly situated, | : : : : |
| Plaintiff, | : : |
| v. | : Civil Action No.: 2:20-cv-04467-PD |
| | : |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC | : : : |
| Defendant. | : : |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

Upon review of the Parties' Join Motion to Amend Scheduling Order and for good cause shown, it is hereby

ORDERED that the Scheduling Order (Dkt, No. 15) is amended as follows:

Defendant has until February 25, 2022 to file: (1) expert report on class certification; and (2) opposition to motion for class certification; and

The Plaintiff has until March 24, 2022 file: (1) rebuttal expert report re: class certification; and (2) reply papers in support of motion for class certification.

**IT IS SO ORDERED.**

_____    _____
**PAUL S. DIAMOND**              **Date**
**United States District Judge**

123817019v1